IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| **PROJECT VOTE, INC.** | ) | |
| Plaintiff, | ) | CIVIL ACTION NO. |
| | ) | 1:16-cv-2445-WSD |
| v. | ) | |
| **BRIAN KEMP,** | ) | |
| *In His Official Capacity as Georgia Secretary of State and Chief Election Official for the State of Georgia,* | ) ) ) | |
| Defendant. | ) ) | |

**PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION
REQUEST FOR TREATMENT AS AN EMERGENCY MOTION
<u>UNDER LOCAL RULE 7.2(B)</u>**

Pursuant to Rule 65 of the Federal Rules of Civil Procedure and for the reasons set forth in the attached Memorandum of Points and Authorities, Plaintiff Project Vote, Inc. ("Project Vote") respectfully moves the Court for a preliminary injunction ordering Defendant Brian Kemp to make the following records available for public inspection by August 1, 2016, with updates on September 1; October 3, 14, and 31; November 15; and December 15, 2016 (collectively, the "Requested Records"):

A. All records relating to voter registration applications that Defendant rejected, canceled, or otherwise did not add to the voter roll (*e.g.*, applicants who are pending verification) since July 6, 2013, including all records relating to the specific reason an applicant was rejected, canceled, or otherwise not added to the voter roll.

B. Defendant's disclosure must include, but should not be limited to, the following:

   i. Records reflecting whether a voter registration applicant was rejected, canceled, or otherwise not added to the voter roll because of a non-match with information in the Georgia Department of Driver Services ("DDS") database or a non-match with information in the Social Security Administration ("SSA") database, and if so, which data field(s) resulted in the non-match.

   ii. Records sufficiently explaining the specific reason an applicant was rejected, canceled, or otherwise not added to the voter roll, including records sufficiently explaining the meaning of any abbreviations or codes used to represent such reasons in Defendant's disclosure; and

   iii. Records reflecting the algorithm or criteria by which information in a voter registration application is determined to match or not match information in the Georgia DDS or SSA databases.

Pursuant to Local Rule 7.2(B), Project Vote requests that this motion for preliminary injunction be treated as an emergency motion and be given expedited consideration by the Court. Georgia's Voter registration deadline for the upcoming 2016 general election is October 11, 2016. Project Vote seeks the Requested Records so that it may evaluate the adequacy of Georgia's voter registration procedures and compliance with applicable federal election laws. To adequately perform that oversight function, Project Vote requires access to the Requested Records as soon as possible. Project Vote therefore respectfully requests the Court designate the instant motion as an emergency motion under

Local Rule 7.2(B) and order Defendant to file his response with seven days of the date of the motion's filing.

DATED this 13th day of July, 2016.

                                        Respectfully Submitted,

                                        */s/ James W. Cobb*
                                        James W. Cobb
                                        Georgia Bar No. 420133
                                        T. Brandon Waddell
                                        Georgia Bar No. 252639
                                        **CAPLAN COBB LLP**
                                        75 Fourteenth Street NE
                                        Suite 2750
                                        Atlanta, GA 30309
                                        Tel:  (404) 596-5600
                                        Fax: (404) 596-5604
                                        jcobb@caplancobb.com
                                        bwaddell@caplancobb.com

                                        *Attorneys for Plaintiff Project Vote, Inc.*

                                        (co-counsel listed on next page)

| | |
|---|---|
| **PROJECT VOTE, INC.** | **ROPES & GRAY LLP** |
| Michelle E. Kanter Cohen<br>(admitted *pro hac vice*)<br>1420 K Street NW<br>Suite 700<br>Washington, DC 20005<br>(202) 546-4173<br>mkantercohen@projectvote.org | John C. Ertman<br>(*pro hac vice* application pending)<br>1211 Avenue of the Americas<br>New York, NY  10036<br>(212) 596-9000<br>john.ertman@ropesgray.com<br><br>Nicole C. Durkin<br>Jonathan R. Ference-Burke<br>David E. Rhinesmith<br>David A. Young<br>(*pro hac vice* applications pending)<br>2099 Pennsylvania Ave NW<br>Washington, DC 20006<br>(202) 508-4600<br>nicole.durkin@ropesgray.com<br>jonathan.ference-burke@ropesgray.com<br>david.rhinesmith@ropesgray.com<br>david.young@ropesgray.com |

*Attorneys for Plaintiff Project Vote, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this day, I caused a true and correct copy of the foregoing PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION REQUEST FOR TREATMENT AS AN EMERGENCY MOTION UNDER LOCAL RULE 7.2(B) to be served by U.S. Mail, postage prepaid, upon the Defendant as follows:

> Brian Kemp
> Georgia Secretary of State and Chief Election Official
> 214 State Capitol
> Atlanta, GA 30334

I further certify that on this day I have caused a true and correct copy of the foregoing to be delivered to counsel for Defendant by electronic mail as follows:

> Cristina Correia
> Assistant Attorney General
> Office of the Attorney General
> 40 Capitol Square SW
> Atlanta, GA  30034
> ccorreia@law.ga.gov

This 13th day of July, 2016.

>   /s/ James W. Cobb
>   James W. Cobb
>   Georgia Bar No. 420133
>   jcobb@caplancobb.com
>
>   *Attorney for Plaintiff Project Vote, Inc.*