IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| **PROJECT VOTE, INC.,** | \* | |
| | \* | **Civil Action No.** |
| Plaintiff, | \* | **1:16CV02445-WSD** |
| | \* | |
| v. | \* | |
| | \* | |
| **BRIAN KEMP, in his official capacity as** | \* | |
| **Secretary of State and Chief Election** | \* | |
| **Official for the State of Georgia,** | \* | |
| | \* | |
| Defendant. | \* | |
| _____ | \* | |

## DEFENDANT BRIAN KEMP'S
## MOTION TO DISMISS

COMES NOW BRIAN KEMP, Georgia Secretary of State ("Secretary Kemp"), by and through his attorney of record, the Attorney General of the State of Georgia, and hereby move for dismissal of all claims pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure.

The basis for this motion is set forth in Defendant's brief in support of his motion and filed contemporaneously herewith.

Respectfully submitted,
SAMUEL S. OLENS        551540
Attorney General

1

DENNIS R. DUNN         234098
Deputy Attorney General

RUSSELL D. WILLARD   760280
Senior Assistant Attorney General
rwillard@law.ga.gov

/s/Cristina Correia
CRISTINA CORREIA       188620
Assistant Attorney General
ccorreia@law.ga.gov

JOSIAH B. HEIDT        104183
Assistant Attorney General
jheidt@law.ga.gov

Please address all
Communication to:
CRISTINA CORREIA
Assistant Attorney General
40 Capitol Square, S.W.
Atlanta, Georgia  30334-1300
(404) 656-7063
 Fax:  404-651-9325

2

## Certificate of Service

I hereby certify that on August 3, 2016, I electronically filed Defendant Brian Kemp's Motion to Dismiss using the CM/ECF system which will automatically send e-mail notification of such filing to the following attorneys of record:

James Cobb
Timothy Brandon Waddell
Caplan Cobb LLP, Suite 2750
75 Fourteenth Street, NE
Atlanta, GA  30309

Michelle Kanter Cohen
Project Vote
1420 K. Street NW
Washington, D.C.  20005

John C. Ertman
ReBoul MacMurry Hewitt Maynard & Kristol
45 Rockefeller Plaza
New York, NY  10111

Jonathan R. Ference-Burke
Ropes & Gray, LLP-DC
2099 Pennsylvania Avenue, NW
Washington, D.C.  20006

I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:  NONE

This 3rd day of August, 2016.

/s/Cristina Correia
Cristina Correia            188620
Assistant Attorney General