IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| **PROJECT VOTE, INC.,** | * | |
| | * | **Civil Action No.** |
| Plaintiff, | * | **1:16CV02445-WSD** |
| | * | |
| v. | * | |
| | * | |
| **BRIAN KEMP, in his official capacity as** | * | |
| **Secretary of State and Chief Election** | * | |
| **Official for the State of Georgia,** | * | |
| | * | |
| Defendant. | * | |
| _____ | * | |

**ORDER**

THIS MATTER coming before the Court on Defendant's Motion seeking to stay discovery related activities pending the Court's resolution of Defendant's motion to dismiss, the Court being advised of the premises, IT IS HEREBY ORDERED THAT:

The motion is GRANTED the Parties are relieved from their discovery obligations under FED. R. CIV. P. 16 and 26 and the Local Rules pending ruling on the motion to dismiss.

1

So ordered this _____ day of _____, 2016.

_____
Hon. William S. Duffey, Jr.
Judge, United States District Court

Prepared by
Cristina Correia
Assistant Attorney General
40 Capitol Square, S.W.
Atlanta, Georgia  30334-1300
(404) 656-7063
 Fax:  404-651-9325