# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **PROJECT VOTE, INC.** ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> **BRIAN KEMP,** ) <br> *In His Official Capacity as Georgia* ) <br> *Secretary of State and Chief Election* ) <br> *Official for the State of Georgia,* ) <br> ) <br> Defendant. ) <br> ) | CIVIL ACTION NO. 1:16-cv-2445-WSD <br><br><br><br> **[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR EXPEDITED DISCOVERY** |

Plaintiff Project Vote, Inc.'s Motion for Expedited Discovery is hereby **GRANTED**, and

It is hereby **ORDERED** that Defendant Brian Kemp make available a witness for a Rule 30(b)(6) deposition to address certain topics related to Project Vote's Motion for Preliminary Injunction. The Parties are hereby **ORDERED** to adhere to the following schedule:

August 12, 2016 – Deadline to serve 30(b)(6) deposition topics.

August 22, 2016 – Earliest date to schedule 30(b)(6) deposition.

August 31, 2016 – Deadline to complete 30(b)(6) deposition.

1

2

September 7, 2016 – Deadline for Plaintiff to file its reply in support of the Motion for Preliminary Injunction, including evidence gained through discovery.

**SO ORDERED.**

DATED this _____ day of _____

_____
The Hon. William S. Duffey