# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| **PROJECT VOTE, INC.,** | * | |
| | * | Civil Action No. |
| Plaintiff, | * | 1:16CV02445-WSD |
| | * | |
| v. | * | |
| | * | |
| **BRIAN KEMP, in his official capacity as Secretary of State and Chief Election Official for the State of Georgia,** | * * * * | |
| Defendant. | * | |
| _____ | * | |

## JOINT NOTICE OF SETTLEMENT IN PRINCIPLE

COME NOW the Parties and give notice to the Court that they have reached a settlement in principle in the above matter. The Parties are currently negotiating and finalizing the language of the final Settlement Agreement and expect to complete and execute that agreement soon. The parties intend to complete the negotiation and execution of the final Settlement Agreement and file a Joint Stipulation of Dismissal in the next forty-five days. In light of the current status, Defendant will not file a reply brief in support of the pending motion to dismiss.

Respectfully submitted,

*/s/ James W. Cobb*  
James W. Cobb  
Georgia Bar No. 420133

*/s/ Josiah B. Heidt*  
CHRISTOPHER M. CARR   112505  
Attorney General

| | |
|---|---|
| jcobb@caplancobb.com | ANNETTE M. COWART   191199 |
| Amy Michaelson Kelly | Deputy Attorney General |
| Georgia Bar No. 215108 | |
| akelly@caplancobb.com | |
| T. Brandon Waddell | RUSSELL D. WILLARD 760280 |
| Georgia Bar No. 252639 | Senior Assistant Attorney General |
| bwaddell@caplancobb.com | |
| **CAPLAN COBB** | CRISTINA M. CORREIA 188620 |
| 75 Fourteenth Street NE | Assistant Attorney General |
| Suite 2750 | ccorreia@law.ga.gov |
| Atlanta, GA 30309 | |
| Phone: (404) 596-5600 | JOSIAH B. HEIDT   104183 |
| Fax: (404) 596-5604 | Assistant Attorney General |
| | jheidt@law.ga.gov |

**ROPES & GRAY LLP**
John C. Ertman
(admitted *pro hac vice*)
1211 Avenue of the Americas
New York, NY  10036
(212) 596-9000
john.ertman@ropesgray.com

40 Capitol Square, S.W.
Atlanta, Georgia 30334-1300
Phone: (404) 656-7063
Fax: 404-651-9325

**Attorneys for Defendant Secretary of State Brian Kemp**

**ROPES & GRAY LLP**
Nicole C. Durkin
David E. Rhinesmith
Jonathan R. Ference-Burke
David A. Young
(admitted *pro hac vice*)
2099 Pennsylvania Ave NW
Washington, DC 20006
(202) 508-4600
nicole.durkin@ropesgray.com
david.rhinesmith@ropesgray.com
jonathan.ference-burke@ropesgray.com
david.young@ropesgray.com

2

**PROJECT VOTE, INC.**
Michelle E. Kanter Cohen
(admitted *pro hac vice*)
1420 K Street NW
Suite 700
Washington, DC 20005
(202) 546-4173
mkantercohen@projectvote.org

**Attorneys for Plaintiff Project Vote**

## Certificate of Service

I hereby certify that on April 14, 2017, I electronically filed the Joint Notice of Settlement using the CM/ECF system which will automatically send e-mail notification of such filing to the following attorneys of record:

James Cobb
Timothy Brandon Waddell
Caplan Cobb LLP, Suite 2750
75 Fourteenth Street, NE
Atlanta, GA  30309

Michelle Kanter Cohen
Project Vote
1420 K. Street NW
Washington, D.C.  20005

John C. Ertman
ReBoul MacMurry Hewitt Maynard & Kristol
45 Rockefeller Plaza
New York, NY  10111

Jonathan R. Ference-Burke
Ropes & Gray, LLP-DC
2099 Pennsylvania Avenue, NW
Washington, D.C.  20006

I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:  NONE

This 14th day of April, 2017.

/s/Josiah B. Heidt
Josiah B. Heidt          104183
Assistant Attorney General

4