IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| PROJECT VOTE, INC., <br><br> Plaintiff, <br><br> v. <br><br> BRIAN KEMP, in his official capacity as Secretary of State and Chief Election Official for the State of Georgia, <br><br> Defendant. | 1:16-cv-02445-WSD |

## ORDER

On April 14, 2017, the parties filed their Notice of Settlement [65] of all pending claims in this matter.  The parties are directed to file dismissal documents on or before June 2, 2017.  The Court removes the case from its calendar and directs the Clerk of Court to close the case administratively with the right of any party to reopen the case if the settlement is not concluded.

**SO ORDERED** this 17th day of April, 2017.

WILLIAM S. DUFFEY, JR.
UNITED STATES DISTRICT JUDGE