IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| **PROJECT VOTE, INC.,** | * | |
| | * | **Civil Action No.** |
| Plaintiff, | * | **1:16CV2445-WSD** |
| | * | |
| v. | * | |
| | * | |
| **BRIAN KEMP, in his official capacity as** | * | |
| **Secretary of State and Chief Election** | * | |
| **Official for the State of Georgia,** | * | |
| | * | |
| Defendant. | * | |
| _____ | * | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW the Parties in the above referenced litigation and hereby stipulate pursuant to the terms of a settlement entered between them that the above-styled action be dismissed with prejudice, pursuant to FED. R. CIV. P. 41(a)(1)(A), with the Defendant to bear his own costs and attorneys' fees.

Respectfully submitted, this 1st day of June, 2017.

[signatures on the following page]

| FOR THE PLAINTIFF: | FOR DEFENDANT: |
|---|---|
| */s/ Michelle Kanter Cohen* | */s/ Cristina M. Correia* |
| Michelle Kanter Cohen (admitted *pro hac vice*) | Christopher M. Carr    112505 |
| | Attorney General |
| Sarah E. Brannon  (admitted *pro hac vice*) | |
| | Annette M. Cowart    191199 |
| Project Vote | Deputy Attorney General |
| 1420 K. Street NW, Suite 700 | |
| Washington, DC 20005 | Russell D. Willard    760280 |
| mkantercohen@projectvote.org | Senior Assistant Attorney General |
| | |
| */s/ James W. Cobb* | Cristina M. Correia    188620 |
| James W. Cobb | Assistant Attorney General |
| Georgia Bar No. 420133 | Georgia Department of Law |
| Amy Michaelson Kelly | 40 Capitol Square SW |
| Georgia Bar No. 215108 | Atlanta, GA 30334 |
| T. Brandon Waddell | ccorreia@law.ga.gov |
| Georgia Bar No. 252639 | |
| **CAPLAN COBB LLP** | |
| 75 Fourteenth Street NE, Suite 2750 | |
| Atlanta, GA 30309 | |
| jcobb@caplancobb.com | |
| akelly@caplancobb.com | |
| bwaddell@caplancobb.com | |
| | |
| */s/ David Young* | |
| David A. Young (admitted *pro hac vice*) | |
| John C. Ertman (admitted *pro hac vice*) | |
| Ropes & Gray LLP | |
| 2099 Pennsylvania Avenue, NW | |
| Washington, DC  20006-6807 | |
| john.ertman@ropesgray.com | |

## CERTIFICATE OF SERVICE

I hereby certify that on this day, I caused a true and correct copy of the foregoing document to be filed with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing to all counsel of record.

/s/ *James W. Cobb*
James W. Cobb
Georgia Bar No. 420133
**CAPLAN COBB LLP**
75 Fourteenth Street NE, Suite 2750
Atlanta, GA 30309
Tel: 404.596.5600
Fax: 404.596-5604
jcobb@caplancobb.com